IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

WILLIAM REDSHAW,  )
          Plaintiff,  )
 )
 ) Civil Action No. 13-317
vs.  ) Judge Kim R. Gibson/
 ) Magistrate Judge Maureen P. Kelly
JEFFERY AYERS, PA Dept of Probation  )
and Parole Agent @ Mon Valley Sub-Office)  Re: ECF No. 15
          Defendant.  )

## **ORDER**

AND NOW, this 14th day of April, 2014, after Plaintiff William Redshaw filed an action in the above-captioned case, and after Defendant Jeffrey Ayers filed a Motion to Dismiss, [ECF No. 15], and after a Report and Recommendation was filed by the United States Magistrate Judge giving the parties until April 10, 2014, to file written objections thereto [ECF No. 20], and upon consideration of the objections filed by Plaintiff, [ECF No. 21], and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation which, other than the recommendation that the case be dismissed with prejudice, is adopted as the opinion of the Court,

IT IS HEREBY ORDERED that the Motion to Dismiss submitted on behalf of Defendant, ECF No. 15, is GRANTED. IT IS FURTHER ORDERED that that the case is dismissed without prejudice and that the Clerk is to mark the case closed.

IT IS FINALLY ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court,

at 319 Washington Street, Penn Traffic Building, Johnstown, PA 15901, within thirty (30) days.

BY THE COURT:

Kim R. Gibson
United States District Judge

cc: Honorable Maureen P. Kelly
United States Magistrate Judge

William Redshaw
KL-6467
SCI Fayette
Box 9999
LaBelle, PA 15450

All Counsel of Record Via CM-ECF